IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MIGUEL SANCHEZ-VILLEGAS<br><br>Defendant. | MJ 25-131-GF-JTJ<br><br>ORDER |

    The United States has filed a motion to depose material witnesses Espinoza-Balcaceres and Garcia-Reimundo pursuant to Rule 15(a) of the Federal Rules of Civil Procedure (Doc. 12). The United States also asks the Court to continue the existing December 15, 2025, deadline for the material witness depositions. (Doc. 12).

    On December 15, 2025, the Court held a detention hearing for the material witnesses during which it also addressed the United States' motion. (Doc. 15). As discussed during open court,

    IT IS ORDERED that the United States' Motion to Depose Material Witnesses (Doc. 12) is GRANTED and the deadline for the material witness depositions is extended to December 19, 2025. As agreed by the parties, the

//

1

depositions may be taken by video if necessary.

DATED this 16th day of December, 2025.

                                                                                           _____
Kathleen L. DeSoto
United States Magistrate Judge