# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **CARLOS MIGUEL SANCHEZ-VILLEGAS,** **Defendant.** | MJ 25-131-GF-JTJ ORDER |

Upon motion of the United States and for good cause appearing to release David Mercedes Espinoza-Balcaceres and Wilder Josue Garcia-Reimundo as material witnesses in the above captioned case, IT IS HEREBY ORDERED that the individuals referenced above shall be released from their material witness warrants in this criminal case.

DATED this 18th day of December 2025

_____
John Johnston
United States Magistrate Judge